**DISMISS; and Opinion Filed May 16, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00651-CV

### IN THE INTEREST OF R.M. AND R.M., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52721-07**

## MEMORANDUM OPINION
Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Fillmore

Appellant has filed a motion to dismiss, stating she no longer wishes to pursue this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150651F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF R.M. AND R.M.,
CHILDREN

No. 05-15-00651-CV

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-52721-07.
Opinion delivered by Justice Fillmore.
Justices Francis and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Dipesh Mehta recover his costs, if any, of this appeal from appellant Alpa Mehta.

Judgment entered this 16th day of May, 2016.